
FILED
CLERK U.S. DISTRICT COURT
NOV 30 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. ANDREW ALEX AGUIRRE, DEFENDANT(S). | CASE NUMBER 2:16-CR-00200-GW-3 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of <u>defendant</u>, IT IS ORDERED that a detention hearing is set for <u>Thursday, December 6</u>, <u>2018</u>, at <u>3:00</u> ☐a.m. / ☒p.m. before the Honorable <u>Karen L. Stevenson</u>, in Courtroom <u>580</u>.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: *Nov. 30, 2018*

U.S. ~~District Judge~~/Magistrate Judge